UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NIKKI COLLINS,

    Plaintiff,

v.

                              Civil Case No. 15-14130
                              Honorable Linda V. Parker

MGM GRAND DETROIT, LLC,

    Defendant.
_____/

### OPINION AND ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL [ECF NO. 13]

Counsel for Plaintiff, Scott P. Batey and the Batey Law Firm, PLLC ("Counsel"), filed a motion to withdraw as counsel on October 28, 2016. (ECF No. 13.) According to Counsel, there has been a complete and total breakdown of the attorney-client relationship to the extent that it has impaired Counsel's ability to properly represent Plaintiff Nikki Collins ("Plaintiff"). (*Id.*) On November 8, 2016, this Court issued an order requiring that Plaintiff show cause in writing on or before November 29, 2016, why the Court should not allow Plaintiff's counsel to withdraw as counsel. (ECF No. 15.)

Plaintiff filed a response on November 30, 2016 objecting to Counsel's motion. (ECF No. 17.) Plaintiff's response discusses disputes she has had with Counsel during the course of litigation. (*Id.*) On December 2, 2016, Counsel filed

1

a reply to Plaintiff's response. (ECF No. 18.) In his response, Counsel states that Plaintiff's response is evidence that there has been a breakdown in the relationship between Plaintiff and Counsel. (*Id.*) This Court agrees and finds good cause for Counsel to withdraw its representation of Plaintiff.

**IT IS HEREBY ORDERED** that Plaintiff's Counsel's Motion to Withdraw as Counsel for Plaintiff is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the proceedings in this matter are stayed for a period of thirty (30) days from the date of this Order for Plaintiff to obtain substituted counsel if she desires. After such period, this matter will move forward, whether Plaintiff is proceeding with newly attained counsel or pro se;

**IT IS FURTHER ORDERED** that Plaintiff's Counsel shall serve a copy of this Order on Plaintiff and must file a proof of service with the Court within five (5) days from the date of this Order.

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: December 9, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 9, 2016, by electronic and/or U.S. First Class mail.

s/ Richard Loury<br>
Case Manager